UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1574 RHK/JSM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUDY A. SURA, Defendant, and MARQUETTE BANK, Garnishee. | ) | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Judy A. Sura, Social Security Number, XXX-XX-7945, with the last known address of XXXXX XXXXXXXX XXXXXX XXXX, XXXXXXXXX XXX, Coon Rapids, MN 55432.

The judgment was entered on December 7, 2001, for student loan defaults. The judgment was entered in the amount of $5,704.39, plus interest.

As of April 19, 2005, after applying payments, if any, the balance on this judgment debt was $4,057.61 in principal, plus interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from April 19, 2005, at a rate of 1.66% per annum.

SCANNED APR 29 2005 U.S. DISTRICT COURT MPLS
SCANNED MAY 3 2005 U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Marquette Bank, 1308 Coon Rapids Boulevard, Coon Rapids, MN 55433

Dated: April 22, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

U.S. Department of Justice

United States Attorney
District of Minnesota

600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

(612)664-5600

April 29, 2005

RECEIVED
05 APR 29 PM 2:38
CLERK U.S. DIST. COURT MINNEAPOLIS, MN

TO:

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: United States v. Judy A. Sura
Civil No. 01-1574 RHK/JSM

Dear Clerk Sletten:

Enclosed for review by you and the District Court, please find the Government's Application for Writ of Garnishment, Writ of Garnishment, Claim for Exemption Form and Clerk's Notice of Post-Judgment Garnishment.

**After speaking with Larry Lewis, he stated we should forward the pleadings to you for reassignment of a magistrate judge since Magistrate Judge Mason was originally assigned to this case.**

As soon as we receive the Writ, authorized by the magistrate judge and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

If you have any questions or concerns relative to this procedure, please contact me at 664-5600.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Mary Trippler

BY: MARY L. TRIPPLER By: JAS
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures