**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# CLERK'S NOTICE

Civil Case No.: 0:01-1574 RHK/JMM

**IN RE: Notice of Reassignment of Magistrate Judge**
**New Civil Case Number:0:011574 RHK/JSM**

The Clerk of Court directs that the above entitled case is reassigned to **U. S. District Court Magistrate Judge Janie S. Mayeron** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Katie Haagenson at #651-848-1190.

**DATED:** May 4, 2005

**s/Richard D. Sletten**
**Clerk of Court**