UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1574 RHK /JSM

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUDY A. SURA,

Defendant,

and

MARQUETTE BANK,

Garnishee.

WRIT OF GARNISHMENT

RECEIVED
MAY 17 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

TO: Marquette Bank, 1308 Coon Rapids Boulevard, Coon Rapids, MN 55433

An application for a Writ of Garnishment against property of the above-named defendant, Judy A. Sura, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on December 7, 2001, for student loan defaults. As of April 19, 2005, the balance on this judgment debt was $4,057.61 in principal, plus interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from April 19, 2005, at the rate of 1.66% per annum.

You, Marquette Bank, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Judy A. Sura, has a substantial non-exempt interest. It is unlawful for you to

SCANNED
MAY 17 2005
U.S. DISTRICT COURT MPLS

pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it. You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at XXXXX XXXXXXXX XXXXXX XXXX, Coon Rapids, MN 55432; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Garnishment, or if you fail to withhold property in accordance with this Writ, the United

States of America may petition the Court for an order requiring you to appear before said Court and show good cause why you failed to comply with this Writ. Failure to appear before the Court or failure to show good cause for your noncompliance with this Writ may result in the Court entering a judgment against you. That judgment would be in the amount of the judgment debtor's nonexempt interest in the property in your custody, control or possession that is subject to this garnishment, up to the outstanding debt balance, plus attorney fees.

Authorized By:

Date: 5/3/05

Magistrate Judge
United States District Court
District of Minnesota

Issued By:
Richard Sletten, Clerk
United States District Court
District of Minnesota

Date: 5/4/05

Deputy Clerk

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

5-11-05
1:50

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>01-1574 RHK/JSM |
| DEFENDANT<br>Judy A. Sura | TYPE OF PROCESS<br>Garnishment |

Gerri Petersen
03197
MAC - N9393 - 011
612-316-3997
No fee

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Marquette Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1308 Coon Rapids Boulevard, Coon Rapids, MN 55433

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED
MAY 17 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Fold

Please serve the garnishee first.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | [X] PLAINTIFF<br>[ ] DEFENDANT | 612-664-5662 | 5/9/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | N Schmidt | 5/10/05 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
GERRI PETERSEN - PERSONAL BANKER

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
11550 - ROBINSON DRIVE NW
COON RAPIDS, MN.

Date: 5/11/05 Time: 2:00 pm

Signature of U.S. Marshal or Deputy: Jerry Herrmann

US MARSHALS SERVICE MPLS, MN
MAY 10 '05
RECEIVED

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45- | 12.15 (1- HOUR) (30 MI. RT.) | | 57.15 | | $0.00 |

REMARKS:
5/11- BLDS AT 1308 COON RAPIDS BLVD IS GONE. MARQUETTE BANK HAS BEEN BOUGHT OUT BY WELLS FARGO

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00