UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No 01-1574 RHK/JSM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUDY A. SURA,<br>Defendant,<br>MARQUETTE BANK,<br>Garnishee. | **ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. On June 17, 2005, defendant filed bankruptcy staying enforced collection.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on May 17, 2005, is hereby released.

Dated: July 11, 2005

*s/ Janie S. Mayeron*
JANIE S. MAYERON
U.S. Magistrate Judge