UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1574 RHK/JSM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUDY A. SURA,<br><br>Defendant,<br><br>and<br><br>WELLS FARGO,<br><br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Judy A. Sura, Social Security Number, XXX-XX-7945, with the last known address of XXXX, Golden Valley, MN 55427.

The judgment was entered on December 7, 2001, for student loan defaults. The judgment was entered in the amount of $5,704.39, plus interest and costs.

As of April 21, 2006, after applying payments, if any, the balance on this judgment debt was $3,672.92 in principal and interest. Interest on the principal balance is accruing from April 21, 2006, at a rate of 1.66% per annum.

SCANNED
NOV 24 2006
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Wells Fargo, 8200 Golden Valley Road, Golden Valley, MN 55427

Dated: May 1, 2006

RACHEL K. PAULOSE
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600